No. 19. JOHN C. LANE v. JOSEPH J. FERN. Election Contest. Petition for Rehearing. Filed December 6, 1910. Decided December 6, 1910. Hartwell, C.J., Perry and De Bolt, JJ. Per curiam. The petition consists simply of a request for permission to further argue the questions presented by the demurrer. It sets forth none of the well known grounds for a rehearing. The petition is denied without argument under Rule 5.

*G. A. Davis, A. F. Judd, R. W. Breckons* and *G. S. Curry* for petitioner.

*W. W. Thayer* and *C. W. Ashford* for respondent.

---

No. 19. JOHN C. LANE v. JOSEPH J. FERN. Election Contest. Petition (second) for Rehearing. Filed De-

cember 6, 1910. Decided December 8, 1910. Perry and De Bolt, JJ., and Circuit Judge Whitney in place of Hartwell, C.J. Per curiam. For the purposes of this ruling it may be assumed that this second petition may be considered on its merits, after the denial of the first petition for rehearing. This petition, like the first, sets forth none of the well known grounds for a rehearing. It is denied without argument under Rule 5.

*G. A. Davis, A. F. Judd, R. W. Breckons* and *G. S. Curry* for petitioner.

*W. W. Thayer* and *G. W. Ashford* for respondent.